IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEKEDA WHITE, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRESBYTERIAN MEDICAL CENTER OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, et al., | : | NO. 20-6362 SWR |
| | : | |

## ORDER

**AND NOW**, this 8th day of August 2022, upon consideration of *Defendants' Motion for Summary Judgment* (doc. 19), *Plaintiff's Response in Opposition* thereto (doc. 23), *Defendants' Reply to Plaintiff's Response* (doc. 25), and *Plaintiff's Sur-Reply in Opposition to Defendants' Motion for Summary Judgment and Reply Brief* (doc. 26), it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED**; and

2. the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

 */s/ Scott W. Reid*
SCOTT W. REID, J.
UNITED STATES MAGISTRATE JUDGE